JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN SALMEN,<br><br>    Petitioner<br><br>    v.<br><br>JAMES HILL, Warden,<br><br>    Respondents. | Case No. CV 23-10920-WDK (JPR)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Petition and request for a Certificate of Appealability are **DENIED**, and this action is **DISMISSED** with prejudice.

IT IS SO ORDERED.

Dated: September 16, 2024

                                                 WILLIAM D. KELLER
                                               United States District Judge